# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * *
ANGELA M. ANDRICKS,

           Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

           Respondent.
* * * * * * * * * * * * * * * * * * * *

No. 17-1284V
Special Master Christian J. Moran

Filed: April 6, 2021

Stipulation; Influenza ("flu") vaccine;
SIRVA; shoulder injury.

<u>Kevin A. Mack</u>, Law Office of Kevin A. Mack, Tiffin, OH, for Petitioner;
<u>Dhairya D. Jani</u>, United States Dep't of Justice, Washington, DC, for Respondent.

## **<u>UNPUBLISHED DECISION</u>**[1]

On March 30, 2021, the parties filed a joint stipulation concerning the petition for compensation filed by Angela Andricks on September 18, 2017. Petitioner alleged that the Influenza ("flu") vaccine she received on September 21, 2016, which is contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. §100.3(a), caused her to suffer from a left shoulder injury related to vaccination administration ("SIRVA"). Petitioner further alleges that she suffered the residual effects of this injury for more than six months. Petitioner represents that there has been no prior award or settlement of a civil action for damages on her behalf as a result of her condition.

Respondent denies that the flu vaccine caused petitioner to suffer from SIRVA or any other injury.

---

[1] The E-Government Act, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

Nevertheless, the parties agree to the joint stipulation, attached hereto. The undersigned finds said stipulation reasonable and adopts it as the decision of the Court in awarding damages, on the terms set forth therein.

Damages awarded in that stipulation include:

a. **A lump sum payment of $15,000.00 in the form of a check payable to petitioner; and**

b. **A lump sum payment of $598.42, representing compensation for satisfaction of the Ohio Department of Medicaid lien, payable jointly to petitioner, and**

**Treasurer, State of Ohio**
**Ohio Tort Recovery Unity**
**350 Worthington Rd., Suite G**
**Westerville, OH 43082**

**Petitioner agrees to endorse this payment to the State of Ohio. This lump sum represents full satisfaction of any right of subrogation, assignment, claim, lien, or cause of action the State of Ohio had made to or on behalf of Angela M. Andricks from the date of her eligibility for benefits through the date of judgment in this case as a result of her alleged vaccine-related injury suffered on or about September 21, 2026, under Title XIX of the Social Security Act.**

**The above lump sum amounts represent compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).**

In the absence of a motion for review filed pursuant to RCFC, Appendix B, the clerk is directed to enter judgment according to this decision and the attached stipulation.[2]

---

[2] Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.

**IT IS SO ORDERED**.

s/Christian J. Moran
Christian J. Moran
Special Master